UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HAHN, II,<br><br>    Plaintiff,<br><br>    v.<br><br>CYNTHIA ENTZEL, et al.,<br><br>    Defendants. | NO. EDCV 17-0725-JLS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendant Cynthia Entzel's motion to dismiss the complaint is granted with leave to file a First Amended Complaint consistent with the Magistrate Judge's recommendations.

If Plaintiff chooses to file a First Amended Complaint, it must be filed within 30 days after entry of this Order, it must bear the docket number assigned to this case, be labeled "First Amended Complaint," and be complete in and of itself without reference to the original complaint, attachment, pleading or other documents.

The Clerk is DIRECTED to provide Plaintiff with a pro se civil rights packet.

**Plaintiff is advised that if he fails to file a timely and corrected First Amended Complaint within 30 days after the entry of this order, this action may be dismissed.**

DATED: April 22, 2019

JOSEPHINE L. STATON
United States District Judge